UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-2328
_____

BRADD GOLD, individually and on behalf
of all others similarly situated,
                                             Appellant

v.

FORD MOTOR COMPANY;
FORD MOTOR COMPANY CAPITAL TRUST II

On Appeal from the United States District Court
for the District of Delaware
(D. C. No. 1-10-cv-00587)
District Judge:  Honorable Leonard P. Stark

Argued on April 8, 2014

Before:  AMBRO, JORDAN and ROTH, Circuit Judges

## JUDGMENT

This case came on to be heard on the record from the United States District Court for the District of Delaware and was argued on April 8, 2014.

Upon consideration whereof,

**IT IS ORDERED AND ADJUDGED** by this Court that the judgments of the District Court entered April 2, 2012, and April 9, 2013, be and the same are hereby affirmed.  Costs taxed to Appellant.

All of the above in accordance with the Opinion of this Court.

**ATTEST:**

s/Marcia M. Waldron
Clerk

Dated: August 15, 2014

**Certified as a true copy and issued in lieu of a formal mandate on** 09/05/2014

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**